UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deborah Vruno,

    Plaintiff,

vs.

Halsted Financial Services, Inc.,

    Defendant.

Civil File No.: 0:20-CV-00964-DSD-ECW

**STIPULATION TO EXTEND THE TIME TO RESPOND BETWEEN THE PARTIES**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant Halsted Financial Services, Inc. hereto, through their respective counsel, that the Court may enter an Order extending the time in which Defendant Halsted Financial Services, Inc. has to respond to the above-captioned Complaint up to and including August 21, 2020.

**BASSFORD REMELE**
*A Professional Association*

Date: July 23, 2020

By */s/Michael A. Klutho*
Michael A. Klutho (#186302)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
mklutho@bassford.com

*Attorneys for Defendant – Halsted Financial, Inc.*

*~Signature line follows~*

**THE BARRY LAW OFFICE, LTD.**

Date: July 23, 2020          By*/s/Peter F. Barry*
                             Peter F. Barry, Esq. (#0391787)
                             2828 University Ave., SE, Suite 202
                             Minneapolis, MN 55414-4127
                             Telephone:  (612) 379-8800
                             pbarry@lawpoint.com

                             *Attorney for Plaintiff – Deborah Vruno*