# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Deborah Vruno,<br><br>      Plaintiff,<br>v.<br><br>Halsted Financial Services, Inc.<br><br>      Defendant. | Case No. 0:20-cv-00964-DSD-ECW<br><br>NOTICE OF SETTLEMENT |

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. The parties request that the Court retain continuing jurisdiction over this matter pending the filing of a Notice of Dismissal herein.

                                      Respectfully submitted,

                                      **THE BARRY LAW OFFICE, LTD**

Dated: August 18, 2020          By:  <u>s/ Peter F. Barry</u>
                                            Peter F. Barry, Esq.
                                            Attorney I.D.#0266577
                                            2828 University Ave. SE, Suite 202
                                            Minneapolis, Minnesota 55414-4127
                                            Telephone:  (612) 379-8800
                                            pbarry@lawpoint.com

                                            *Attorney for Plaintiff*