## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Deborah Vruno, | Civil File No.: 0:20-CV-00964-DSD-ECW |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Halsted Financial Services, Inc., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties thereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED AND AGREED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

              **THE BARRY LAW OFFICE, LTD.**

Date: November 16, 2021  By: s/Peter F. Barry
              Peter F. Barry (MN #0266577)
              333 Washington Ave No, Suite 300-9038
              Minneapolis, MN 55401-1353
              Telephone; (612) 379-8800
              pbarry@lawpoint.com

              **Attorney for Plaintiff**

**BASSFORD REMELE**
*A Professional Association*

Date: November 16, 2021     By */s/Michael A. Klutho*
                            Michael A. Klutho (#186302)
                            100 South 5th Street, Suite 1500
                            Minneapolis, MN 55402-1254
                            Telephone:  (612) 333-3000
                            Facsimile:   (612) 333-8829
                            mklutho@bassford.com

                            **Attorneys for Defendant**
                            **Halsted Financial Services, Inc.**