UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Deborah Vruno,   Civil No.:  20-964-DSD-ECW

    Plaintiff,

v.   **ORDER**

Halsted Financial Services, Inc.,

    Defendant.

---

Based on the NOTICE OF DISMISSAL WITH PREJUDICE at ECF Docket #8, filed by the Plaintiff herein, this Court hereby orders that the Complaint against Defendant, shall be, and herewith is, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party.

Dated: November 16, 2021        s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court